UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD MICHAEL CREEL, | No 2:25-cv-02100-TLN-SCR |
| Plaintiff, | |
| v. | **ORDER** |
| MEDICARE, | |
| Defendant. | |

Plaintiff Chad Michael Creel ("Plaintiff") is proceeding *pro se* in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On February 23, 2026, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days.  (ECF No. 8.)  Plaintiff has not filed objections to the findings and recommendations.[1]

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

---

[1]    On March 6, 2026, Plaintiff filed a "Statement" (ECF No. 9), but it contains no discernible substantive objection to the findings and recommendations.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 23, 2026 (ECF No. 8), are ADOPTED IN FULL; and

2. Plaintiff's First Amended Complaint is DISMISSED without further leave to amend; and

3. The Clerk of the Court is directed to enter Judgment and close this file.

IT IS SO ORDERED.

Date: April 6, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2